1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   DAVID HAJIME BROWN
6

7

8                **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                   **SAN FRANCISCO DIVISION**

10

11  DAVID HAJIME BROWN,                     Case No. 3:12-CV-01911-EMC

12                          Plaintiff,      **STIPULATION OF DISMISSAL
                                            AND [PROPOSED] ORDER**
          v.
13                                          Fed. R. Civ. P. 41(a)(1)
    ABC LEGAL SERVICES, INC., a Washington
14  corporation; RICHARD JAMES LOWRY,
    individually and in his official capacity; and
15  DOES 1 through 10, inclusive,

16                          Defendants.

17

18       Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, DAVID HAJIME BROWN, and Defendant, ABC

19  LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

20            1.    The dispute between the parties has been settled, therefore, the claims asserted by

21  Plaintiff, DAVID HAJIME BROWN, against Defendants, ABC LEGAL SERVICES, INC., and

22  RICHARD JAMES LOWRY, in the above-captioned proceeding are hereby dismissed, with prejudice,

23  pursuant to Fed. R. Civ. P. 41(a)(1).

24
25  / / /

26  / / /

27  / / /

28  / / /

---

                              - 1 -
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER          Case No. 3:12-CV-01911-EMC

1    Dated:  December 20, 2012            /s/ Fred W. Schwinn

2                                         Fred W. Schwinn, Esq.
                                          Attorney for Plaintiff
3                                         DAVID HAJIME BROWN

4
     Dated:  December 20, 2012            /s/ William S. Weisberg
5                                         William S. Weisberg, Esq.
                                          Attorney for Defendant
6                                         ABC LEGAL SERVICES, INC.

7

8
     THE FOREGOING STIPULATION
9    IS APPROVED AND IS SO ORDERED.

10
              1/10/13
11   Dated: _____                              _____
                                                             rd M. Chen
12                                                           ourt

13                           IT IS SO ORDERED

14                           Judge Edward M. Chen

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    - 2 -
     STIPULATION OF DISMISSAL AND [PROPOSED] ORDER        Case No. 3:12-CV-01911-EMC